FEDAR KOPANCES, Respondent, *v.* OCEAN STEAMSHIP
COMPANY OF SAVANNAH, Appellant.

*Kopances* v. *Ocean Steamship Co. of Savannah*, 175 App. Div. 932,
affirmed.

(Argued December 10, 1918; decided January 7, 1919.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered December 5, 1916, affirming a judgment in favor
of plaintiff entered upon a verdict in an action to recover
for personal injuries alleged to have been sustained by
plaintiff through the negligence of defendant, his employer.
The action was brought under the provisions of the
Employers' Liability Act as amended by chapter 352 of
the Laws of 1910. Plaintiff, while working as a long-
shoreman at pier 35, North river, in the borough of
Manhattan, sustained injury as a result of defendant
negligently causing and permitting a heavy gangplank
or skid to be dropped upon his feet, while he was in a
position which prevented his removing to a place of
safety when the plank was about to be dropped.. Defend-
ant contended that the claim asserted on the trial and
upon which the plaintiff was allowed to go to the jury was
essentially different from that presented in the notice of
claim served.

*Herbert Barry* and *John W. Farquhar* for appellant. .
*Sydney A. Syme* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK,
CARDOZO, POUND and ANDREWS, JJ.